IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TODD FUGATE,

    Plaintiff,

  v.

Case No. 20-cv-52-bbc

BRANDON BIRDSIL, ROSLYN HUNEKE,
KARL M. HOFFMANN, TARA MILLER,
AND HOLLY GUNDERSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 2/26/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |